Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
WILLIE MAE LETT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE MAE LETT,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>NATIONWIDE CREDIT SERVICE, INC., a Washington corporation,<br><br>　　　　　　　Defendant. | Case No. C08-03663-JF-PVT<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, WILLIE MAE LETT, and Defendant, NATIONWIDE CREDIT SERVICE, INC., stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, WILLIE MAE LETT, against Defendant, NATIONWIDE CREDIT SERVICE, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  September 18, 2008　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　WILLIE MAE LETT


Dated:  September 18, 2008　　　　　　　/s/ Tomio B. Narita
　　　　　　　　　　　　　　　　　　　　　　　Tomio B. Narita, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　NATIONWIDE CREDIT SERVICE, INC.

1   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
2

3
    Dated:  9/24/08                          _____
4                                            The Honorable Jeremy Fogel
                                             Judge of the District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28